```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 44979
   SANDRA A ZUNIGA
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1994


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/07/2004 and was confirmed 01/26/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was converted to chapter 7 after confirmation 09/12/2005.
------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
   ECAST                      SECURED             630.55         .00          83.55
   COOK COUNTY TREASURER      SECURED                .00         .00            .00
   COOK COUNTY TREASURER      NOTICE ONLY     NOT FILED          .00            .00
   HONDA FINANCIAL SERVICES   SECURED           13903.82      601.61        1218.84
   THE CIT GROUP/CONSUMER F   CURRENT MORTG         .00          .00            .00
   THE CIT GROUP/CONSUMER F   MORTGAGE ARRE    1888.16           .00        1888.16
   THE CIT GROUP/CONSUMER F   NOTICE ONLY     NOT FILED          .00            .00
   AMERICAN EXPRESS CENTURI   UNSECURED        5975.04           .00            .00
   BANK ONE                   UNSECURED       NOT FILED          .00            .00
   CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
   RESURGENT ACQUISITION LL   UNSECURED        3742.07           .00            .00
   J C PENNEY                 UNSECURED       NOT FILED          .00            .00
   ECAST SETTLEMENT CORP      UNSECURED       10665.53           .00            .00
   SMC                        UNSECURED         590.39           .00            .00
   DENNIS G KNIPP             DEBTOR ATTY     1,450.00                      1,450.00
   TOM VAUGHN                 TRUSTEE                                         304.64
   DEBTOR REFUND              REFUND                                           53.20

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
   TRUSTEE                5,600.00

   PRIORITY                                              .00
   SECURED                                           3,190.55
       INTEREST                                        601.61
   UNSECURED                                             .00
   ADMINISTRATIVE                                    1,450.00
   TRUSTEE COMPENSATION                                304.64
   DEBTOR REFUND                                        53.20
                          ---------------      ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 44979 SANDRA A ZUNIGA
```

```
TOTALS                              5,600.00              5,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/03/06                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```